UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH KETOLA,
    Plaintiff,

No. 1:08-cv-31

-v-

HONORABLE PAUL L. MALONEY

BEN CLEARWATER, ET AL.,
    Defendants.

## ORDER

Plaintiff Joseph Ketola, a prisoner under the control of the Michigan Department of Corrections (MDOC), filed a motion entitled "Motion to Clarify the Docket Text." (Dkt. No. 107.) Plaintiff seeks clarification of a recent docket entry.

On April 20, 2010, the clerk received and entered two motions filed by Plaintiff: a motion to appoint counsel (Dkt. No. 100) and a motion entitled "Motion to Confirm Case Management Order" (Dkt. No. 102). The second motion has been interpreted as a motion for an extension of time to complete discovery. On April 22, 2010, the two motions were referred to the magistrate judge for consideration. In answer to Plaintiff's concerns, the referral does not "effect the motion being heard" and there is no need to "correct the error." The referral simply directs the magistrate judge to resolve the motions as submitted by Plaintiff.

Accordingly, Plaintiff's motion to clarify [Dkt No. 107] is **GRANTED.** The non-document order referring orders has been clarified.

Date:  May 10, 2010                                    /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 Chief United States District Judge