UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH A. KETOLA,
    Plaintiff,

No. 1:08-cv-31

-v-

HONORABLE PAUL L. MALONEY

BEN CLEARWATER, ET AL.,
    Defendants.

## **JUDGMENT**

Having dismissed the remaining claims in this action, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  April 14, 2011                                /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge